# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**741**

**CAF 12-00936**

PRESENT: SCUDDER, P.J., CENTRA, FAHEY, CARNI, AND LINDLEY, JJ.

---

IN THE MATTER OF MANELIN S.
------------------------------------
ONEIDA COUNTY DEPARTMENT OF SOCIAL
SERVICES, PETITIONER-RESPONDENT;

                                  MEMORANDUM AND ORDER

PHONESAVANH S., RESPONDENT-APPELLANT.
(APPEAL NO. 2.)

---

SCOTT T. GODKIN, UTICA, FOR RESPONDENT-APPELLANT.

DENISE J. MORGAN, UTICA, FOR PETITIONER-RESPONDENT.

A.J. BOSMAN, ATTORNEY FOR THE CHILD, ROME.

---

Appeal from an order of the Family Court, Oneida County (James R. Griffith, J.), entered April 25, 2012 in a proceeding pursuant to Family Court Act article 10. The order, inter alia, adjudged that respondent had neglected the subject child.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.

Same Memorandum as in *Matter of Christy S. v Phonesavanh S.* (___ AD3d ___ [July 19, 2013]).

Entered: July 19, 2013                          Frances E. Cafarell
                                                  Clerk of the Court